UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Melisa Perkins Miller                                    Chapter 13
                                                                 Case No. _

Debtor.

## Chapter 13 Plan

Address:        Debtor   3011 Lakerun Circle, Memphis, TN 38119

Plan Payment:

Debtor Shall Pay:   445.00 Semi- Monthly                    By:   ( ) Direct Pay _____
   Or by:  (X) Payroll Deduction   Shelby County Government, 160 N. Main Street, Memphis, TN 38103

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:      ( ) Included in Plan       Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly  ( ) Wage Assignment    ( ) Trustee To:         Monthly Pmt.
                              ongoing payment begins
                              Approximate arrearage
                              ongoing payment begins
                              Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                            Amount
                                                            Amount

6. Home Mortgage Claims:     ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                              ongoing payment begins
                              Approximate arrearage         Interest
                              ongoing payment begins
                              Approximate arrearage         Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate     Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Credit Acceptance (2013 Nissan Maxima) | $ 20,900.00 | 0.00% | $411.00 |
| I Finance (2012 Toyota Camry) | $ 17,500.00 | 0.00% | $344.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   Prestige Financial        Collateral  2012 Toyota Camry
   _____           Collateral  _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| City of Memphis (ticket) | $ 95.00 | 0.00% | lump |
| Waterview Apartments (rent thru August) | $ 1,326.00 | 0.00% | $50.00 |

11. Student Loan Claims and Other Long Term Claims:

   Dept. Of Education / Navient    (X) Not Provided For    ( ) General Unsecured Creditor
   AES                             (X) Not Provided For    ( ) General Unsecured Creditor
   Access Receivables              (X) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:  ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

   Progressive Leasing             (X) Assume    ( ) Reject
   Waterview Apartments            (X) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908        Date   August 6, 2019
   Debtor's Attorney's Signature

August 6, 2019
910 > February 7, 2017